FILED

17 OCT 13 PM 4:02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: /md    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LUIS ALBERTO CORADO-POLANCO (1),<br>JUAN JOSE VALIENTE-TOMES (2),<br>JORGE ORTIZ-SALAZAR (3),<br><br>        Defendants. | Case No. 17CR3328 BEN<br><br>I N D I C T M E N T<br><br>Title 46, U.S.C., Secs. 70503 and 70506(b) – Conspiracy to Distribute Cocaine on Board a Vessel |

The grand jury charges:

Beginning at a date unknown to the grand jury and continuing to on or about September 17, 2017, on board a vessel subject to the jurisdiction of the United States, defendants LUIS ALBERTO CORADO-POLANCO, JUAN JOSE VALIENTE-TOMES, and JORGE ORTIZ-SALAZAR, who will first enter the United States in the Southern District of California, did knowingly and intentionally conspire together and with each other and with other persons unknown to the grand jury to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, to wit: approximately 600 kilograms of cocaine, a

ADF:lml:San Diego:10/12/17

Schedule II Controlled Substance; in violation of Title 46, United States Code, Sections 70503 and 70506(b).

DATED: October 13, 2017.

A TRUE BILL:

*[signature]*
Foreperson

ALANA W. ROBINSON
Acting United States Attorney

By: *[signature]*
ARI D. FITZWATER
Special Assistant U.S. Attorney